# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1891

_____

James Andrew Tucci,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.

March 13, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Ray and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Andrew Tucci, pro se, Appellant.

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.